Rydel V. Peterson
RVP LAW, PLLC
17050 Scheffer Lane
Frenchtown, MT 59834
Telephone: (406) 239-2500
Email: rydel@rvplegal.com
*Attorney for Plaintiff Jason A. Thommen*

Raul Chacon, Jr.
Roger G. Trim
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2000 S. Colorado Boulevard
Tower Three Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile:  303.831.9246
raul.chacon@ogletree.com
Roger.trim@ogletree.com

*Attorneys for Defendant James Hardie Building Products Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | | |
|---|---|---|
| JASON A. THOMMEN | ) | Case No. 9:14-cv-00248-DLC |
| Plaintiff, | ) | |
| | ) | **JOINT STATEMENT OF** |
| vs. | ) | **STIPULATED FACTS** |
| | ) | |
| JAMES HARDIE BUILDING | ) | |
| PRODUCTS INC., | ) | |

1

Defendant.                    )

_____

The parties, through their respective counsel, hereby submit this Joint Statement of Stipulated Facts pursuant to Local Rule 16.2(b)(3) and the Court's Order (Dkt. # 5), as follows:

## STATEMENT OF STIPULATED FACTS

1. Mr. Thommen is a citizen of the State of Montana. He resides in Missoula County, Montana.

2. James Hardie is a Nevada corporation, with its principal place of business in Chicago, Illinois. James Hardie is registered to do business in the State of Montana.

3. James Hardie is a producer and marketer of fiber cement and fiber gypsum building solutions.

4. Mr. Thommen began his employment with James Hardie in 2007 as an Installation Specialist covering a territory spanning from Spokane, WA, the entirety of Montana, to Minot, ND and northeast Wyoming.

5. Mr. Thommen's duties as a James Hardie Installation Specialist included, but were not limited to, interacting with customers at job sites or at

conventions or trade shows or wherever James Hardie products are installed, demonstrating how James Hardie products were to be properly installed and the various uses for them.

6. In addition to maintaining his role as the James Hardie Installation Specialist, Mr. Thommen's tasks included, but were not limited to, maintaining relationships with customers, working with his peers in the region to match up contractors for specific jobs, providing installation support for sales, and training contractors on how to install James Hardie's products.

7. Mr. Thommen's employment with James Hardie terminated on August 28, 2020.

8. On August 16, 2020 Mr. Thommen informed his immediate supervisor, Seth Kuttenkuler, that he would stay in Billings, Montana until his truck could be repaired.

9. Mr. Thommen was scheduled for vacation the week of August 17th, 2020.

DATED this 20th day of October, 2021.

      RVP LAW, PLLC

      By:  /s/ *Rydel V. Peterson*_____

          Rydel V. Peterson

      17050 Scheffer Lane

      Frenchtown, MT 59834


      *Attorney for Plaintiff Jason A. Thommen*


DATED this 20th day of October, 2021.

      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

By: /s/ \_\_*Raul Chacon, Jr*_____

      Raul Chacon, Jr.

      Roger G. Trim

      2000 S. Colorado Boulevard

      Tower Three, Suite 900

      Denver, CO 80222

      Telephone:  303.764.6800

      Facsimile:  303.831.9246


      Raul.chacon@ogletree.com

      roger.trim@ogletree.com

      *Attorneys for Defendant James Hardie Building Products Inc.*