Rydel V. Peterson
RVP LAW, PLLC
17050 Scheffer Lane
Frenchtown, MT 59834
Telephone:  406.239.2500
rydel@rvplegal.com

Robert T. Bell
Lance P. Jasper
REEP, BELL & JASPER, P.C.
P.O. Box 16960
Missoula, MT 59808-6960
bell@westernmontanalaw.com
jasper@westernmontanalaw.com

*Attorneys for Plaintiff Jason A. Thommen*

Roger G. Trim
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2000 S. Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: (303) 764.6800
Facsimile: (303) 831.9246
roger.trim@ogletree.com

*Attorney for Defendant James Hardie Building Products Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JASON A. THOMMEN, | ) |
| | ) |
| Plaintiff, | ) Cause No. 9:21-cv-00090-DWM |
| | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH  PREJUDICE** |
| JAMES HARDIE BUILDING | ) |

| | |
|---|---|
| PRODUCTS INC., | ) |
| | ) |
| Defendant. | ) |

_____

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jason A. Thommen and Defendant James Hardie Building Products Inc., by and through their respective counsel, stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs.

Respectfully submitted this 20th day of May, 2022.

| | |
|---|---|
| */s/ Rydel V. Peterson* | */s/ Roger G. Trim* |
| Rydel V. Peterson | Roger G. Trim |
| RVP LAW, PLLC | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| Robert T. Bell | |
| Lance P. Jasper | |
| REEP, BELL & JASPER, P.C. | |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

2

## CERTIFICATE OF SERVICE

I certify on this 20th day of May, 2022, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via CM/ECF which system shall electronically serve a true and accurate copy of the same upon the following persons:

 Rydel V. Peterson
RVP Law, PLLC
17050 Scheffer Lane
Frenchtown, MT 59834
Telephone:  406.239.2500
rydel@rvplegal.com

Robert T. Bell
Lance P. Jasper
REEP, BELL & JASPER, P.C.
P.O. Box 16960
Missoula, MT 59808-6960
bell@westernmontanalaw.com
jasper@westernmontanalaw.com

*Attorneys for Plaintiff Jason A. Thommen*

                                            */s/ Roger G. Trim*
                                            Roger G. Trim