IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON A. THOMMEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES HARDIE BUILDING,<br><br>　　　　Defendant. | CV 21–90–M–DWM<br><br><br><br>ORDER |

The parties having filed a Stipulation for Dismissal with Prejudice (Doc. 22), pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs. All pending deadlines are VACATED.

DATED this 24th day of May, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　United States District Court